*Ulmer & Dowell,* for plaintiff.
*Adams, Adams & Douglas,* for defendants.

24107. MOORE, *alias* GRIER, *v.* THE STATE.

GUERRY, J. Presence of the defendant at a still in actual operation and producing whisky; his flight upon being discovered thereat, together with evidence that he was "toting wood" and firing the furnace, are amply sufficient to support a conviction of manufacturing liquor.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED JULY 11, 1934.

*J. A. Mitchell, P. H. Mitchell,* for plaintiff in error.
*J. Cecil Davis, solicitor-general,* contra.